

FULTZ & COUGILL, LLP

**THOMAS L. COUGILL**
Licensed in TX & LA
Direct | 713.600.0032
TCougill@FulCoLaw.com

April 17, 2019

William Bostic
Case Manager

*Via CM/ECF and Email:*
*William_bostic@txs.uscourts.gov*

Re: Cause No. 3:19-CV-00038; *Jason Henry v. American Modern Home Insurance Company*; In the United States District Court for the Southern District of Texas, Galveston Division

Dear Mr. Bostic:

This letter is to inform the Court that this lawsuit has settled and we would like to pass the initial pretrial and scheduling conference hearing on April 23, 2019.

The settlement documents will be forthcoming from the parties shortly.

If you have any questions or need any additional information, please do not hesitate to contact us at your convenience.

Yours very truly,

FULTZ & COUGILL, LLP

THOMAS L. COUGILL

TLC:hmm

AGREED:

Donald T. Cheatham, Counsel for Jason Henry