# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

| | | |
|---|---|---|
| JASON HENRY | § | CIVIL ACTION NO: |
| *Plaintiff* | § | |
| | § | |
| v. | § | 3:19-CV-00038 |
| | § | |
| AMERICAN MODERN HOME | § | |
| INSURANCE COMPANY | § | JURY |
| *Defendant* | | |

## AGREED TAKE-NOTHING JUDGMENT

BE IT REMEMBERED that on this day came on to be heard the above-entitled and numbered cause, when came PLAINTIFF, Jason Henry, and DEFENDANT, American Modern Home Insurance Company, through counsel of record, and announced to the Court that all matters in controversy between them had been compromised and settled, and prayed the Court to render judgment in accordance with their compromise-settlement agreement.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Plaintiff, Jason Henry, take nothing by reason of this suit of and from Defendant, American Modern Home Insurance Company.

It is further ORDERED, ADJUDGED and DECREED that all costs of Court are taxed against the parties incurring same.

The Court finds that there are no other counter-claims, cross-claims or third-party claims alleged in this case. As such, this Judgment is final for all purposes.

All relief not specifically granted herein is hereby denied.

SIGNED this the _____ day of _____, 2019.

                                                                 _____
                                                                 JUDGE PRESIDING

APPROVED AND AGREED TO BY:

By: /s/ Donald T. Cheatham_____
Donald T. Cheatham
SDTX No.: 32456
State Bar No.: 24029925
Attorneys and Counselors at Law
7500 San Felipe Road
Suite 600
Houston, Texas 77063
Phone: (713) 335-8945
Facsimile: (713) 335-8946
Counsel for Plaintiff, Jason Henry


FULTZ & COUGILL, LLP

By: /s/ Thomas L. Cougill_____
Thomas L. Cougill
SDTX bar No.: 12501
State Bar No.: 04877300
10343 Sam Houston Park Drive
Suite 210
Houston, Texas 77064
(713) 600-0032
Fax (713) 600-0041
Counsel for Defendant, American Modern Home Insurance Company