UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JASON HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00038 |
| | § | |
| AMERICAN MODERN HOME | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On May 14, 2019, the Plaintiff and the Defendant filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 10) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 14th day of May, 2019.

_____
George C. Hanks Jr.
United States District Judge